IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | 8:98CV352 |
| ) | |
| Kevin Tschabrun, ) | |
|     Defendant(s), ) | |
| ) | |
|     and ) | |
| ) | |
| Becton Dickinson Vascular, ) | |
|     Garnishee. ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Becton Dickinson Vascular, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Kevin Tschabrun, whose address is P.O. Box 66, Hildreth, Nebraska 68947.

DATED this 7th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT